PROTECTIVE PLANNING GROUP, LLC v LEONARD, No. 137352; Court of Appeals No. 283532.

PEOPLE v TYLER, No. 137363; Court of Appeals No. 276769.

PEOPLE v HARDIN, No. 137365. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285535.

HESTER v PAROLE BOARD, No. 137401; Court of Appeals No. 283475.

PEOPLE v HART, No. 137415; Court of Appeals No. 278709.

PEOPLE v GARY MORRIS, No. 137429. The defendant's motion to correct the presentence report was a successive motion for relief from judgment, which is prohibited by MCR 6.502(G). Court of Appeals No. 284140.

STATE v GETER, No. 137440; Court of Appeals No. 278795.

SETTECERRI v SETTECERRI, No. 137450; Court of Appeals No. 284162.

PEOPLE v BRADSHAW-LOVE, No. 137461; Court of Appeals No. 276399.

HERNANDEZ v FORD MOTOR COMPANY, No. 137481; Court of Appeals No. 277811.
KELLY, C.J. I would grant leave to appeal.

PEOPLE v KELLMAN, No. 137482; Court of Appeals No. 276454.

PEOPLE v ZINZO, No. 137509; Court of Appeals No. 287109.

PEOPLE v HAMMETT, No. 137510; Court of Appeals No. 278837.

GOLDEN v AMICA MUTUAL INSURANCE COMPANY, No. 137513; Court of Appeals No. 284515.

PEOPLE v MARVIN FRANKLIN, No. 137520; Court of Appeals No. 278269.

PEOPLE v BYRON WILLIAMS, No. 137540; Court of Appeals No. 278093.

PEOPLE v NEMETH, No. 137548; Court of Appeals No. 287038.

PEOPLE v DEANGELO WRIGHT, No. 137549; Court of Appeals No. 279239.

PEOPLE v RHYNDRESS, No. 137557; Court of Appeals No. 278811.

*In re* PIELACK (PIELACK v KOWALIK), No. 137558; Court of Appeals No. 277496.

PEOPLE v CORRION, No. 137564; Court of Appeals No. 278169.

INGERSOLL v TUESLEY, No. 137568; Court of Appeals No. 276828.

ZIEGLER v AUKERMAN, No. 137569; Court of Appeals No. 277602.

PEOPLE v CLERANCE CLARK, No. 137576; Court of Appeals No. 277097.

PEOPLE v HANSEN, No. 137596; Court of Appeals No. 287357.